Dear Judge Bunning,

My name is Agustin Quirch and I'm the President of Gilkey Windows. I met Nolan Klein in December of 2022. He was referred to Gilkey by one of my floor managers. I wanted to speak to him because I was told something was going to come up on his background check. As soon as I met him, he explained what happened, he admitted his mistake, and he was remorseful.

Since my floor manager had spoken very highly of him and I was convinced that Nolan was genuine. I decided to make an exception and hire him on at Gilkey. It was a great decision. Since Nolan has been employed with us, he has never been late and has never had an unscheduled absence. The managers on the floor love his work ethic and he's been a great team player. He's trained newer employees and the managers value his opinion enough to ask him what he thinks of new hires.

I can't speak for Nolan's actions before he came to Gilkey but since I've known him, he's been nothing but an exemplary employee. So much so, that I told him I would save a position for him when all his legal issues have been resolved.

Thank you for taking time to read my letter Your Honor.

Agustin Quirch

President
Gilkey Windows
513-587-6272

Dear Judge Bunning,

My name is Jacob Pegg and I met Nolan Klein a few years ago. I am 27 years old, and Nolan's direct manager at Gilkey Window Company. We met through slowpitch softball and now have daily contact. We began playing on the same team last year and have grown rather close. It does not take much time to get a sense for what kind of person Nolan is.

Nolan likes to go about his day by himself and would prefer to not bother anyone else in doing so. He is a relaxed, non confrontational person who always seems to remain in a calm manner. Enjoys most of his free time playing softball, video games or hanging out with his dog, Cudi.

A few months back Nolan reached out to me about a job. I had no issue referring him not only to the company but the President himself. Since Nolan started at Gilkey he has quickly worked himself into one of our most important positions on the production team. This position requires someone with outstanding attendance, awareness and timeliness. Nolan checks every box and has been nothing short of a model employee.

This letter was an easy decision for me as I have often seen the character of Nolan displayed in many different settings. Whether it be as a teammate, employee or simply as a friend, Nolan Klein has always been someone who I can rely on and enjoy being around.

Sincerely,

Jacob Pegg

Judge Bunning,

Hello, my name is Ethen Bastow and I'm the operations manager at Gilkey Window Company. I've had the pleasure of having Nolan be a member of our team at Gilkey for almost 5 months. You could tell on the first day that he came to work what kind of person he was Extremely, driven, hardworking, and cares about what he is investing his time with.

In just a short amount of time he has quickly moved up the ranks in terms of being placed on some of the most important jobs we have in the company. Jobs where we have to fully trust that individual in doing an exceptional job with quantity and quality. From day one he has never wavered with that consistent attitude.

Just in learning about who Nolan is as a man over the last few months it has been a joy to get to know who he is not just inside of work but who he is as a person. He is an extremely valued member of this team who we hope sticks around for a very long time.

Ethen Bastow
Operations Manager
Gilkey Window Company

Tenia Manual
591 Buckshire Glen Drive
Florence, KY 41042
859-992-8863
8/4/2023

RE: Sentencing of Nolan Klein

Dear Honorable Judge Bunning,

My name is Tenia Manual, Nolan's mother. I would like for you know my son better through this letter (it is difficult to briefly summarize my thoughts and feelings as my children are my world).

Nolan has a very supportive family, including me, his stepfather, father, 2 siblings, and many aunts, uncles and cousins. We are all very close and involved in each other's lives. Holidays and birthdays are special and always spent together. We have recently been spending a lot of extra time together.

Nolan is my "quiet" one. He is not as outgoing as my 2 other adult children. He is very loving, loyal, caring, and dependable. He has a big heart, and he can always be counted on to help in any situation. I recall multiple times that Nolan was a huge help assisting my elderly mother during her last few of years of life. He took her to appointments, brought or cooked her meals or just sat with her for hours.

He has a passion for sports, especially baseball. He began playing at age 5. He was very talented/gifted. He was scouted by top baseball colleges in high school. Spring of his junior year, Nolan severely injured his left elbow making a play at first base, resulting in multiple surgeries, including Tommy John surgery. He was unable to play the remainder of that year. This was a very emotional time for him as his baseball dreams were possibly over. I suspect this is also the time when Nolan started hanging with some of the wrong crowd. Although, during this time, he was never in trouble with law enforcement and did not act out inappropriately for a teenager.

He began working at FedEx at age 18. He remained a dedicated/loyal employee for ~10 yrs. He was let go recently due to his current charges. Nolan immediately secured full-time employment at Gilkey Window, where he will work until the day of sentencing. Gilkey's president has already offered Nolan a job in the future because of the respect he has for Nolan. I've been told that he is a team player, dedicated and hard working with a strong work ethic. He is very responsible and gets along with everyone.

Nolan's passion for baseball has led him to play competitive softball. This is how he chooses to spend his free time. He is extremely dedicated to his team. They are very much a part of his family and are very supportive. Our family loves watching Nolan play and seeing the mutual respect amongst his teammates.

Upon Nolan's arrest in Kansas at age 21 (June 2017), his life changed forever. Understandingly, our family was disappointed and devasted to learn of his mistakes, but this did not stop us from being there for him. Several family members flew to Kansas to support him on 2 separate occasions. Nolan was and is extremely remorseful for what he did and has worked hard on improving his life and moving forward towards a better future. After early release from probation, Nolan purchased his first home and puppy.

I am extremely proud of my son. Nolan has overcome the death of his grandparents, divorce of his parents and losing his baseball dreams, all while showing grace and dignity with the willingness to understand and want a better future for himself. He has willingly made better lifestyle choices and proven that he is a true asset to society. I know that Nolan has learned a very difficult life lesson and will never place himself in any future situation of illegal activity. He really is a good kid.

I beg you to consider placing Nolan on probation and not send him to prison. Our community will be at a loss and our family will be devastated not having him by our side. Lastly, Nolan's sister's wedding is Oct 6, 2023 (he is supposed to be a groomsman). Please allow him to stay out of prison and be in our life and future.

I sincerely thank you for your time,

*Tenia Manual*
Tenia Manual

Clinton Manuel

591 Buckshire Glen

Florence KY. 41042

513-484-4535

8/6/2023

RE: Sentencing of Nolan Klein

Dear Honorable Judge Bunning,

Your Honor, thank you for taking time to accept this letter on behalf of Nolan Klein.

My name is Clinton Manuel, I have been Nolan's stepdad over the last 12 years and had the pleasure of working with Nolan, watching him play baseball and softball, camping, and attending car shows. Nolan is a kind and caring individual who would help anytime a friend is hurting or in need. We all love and care about him very much.

Nolan is fully aware of the seriousness of the charges against him for the poor choices he made. He is willing to accept the court's decision for punishment. He has distanced himself from the people and surroundings that landed him in this situation.

Your Honor all I can ask is that you please show leniency in your sentence for Nolan. We will continue to support him and be there for him. We have seen the changes he has made in his lifestyle and believe in him.

Thank You,

*Clint Manuel*

Clinton Manuel

Diane King
8309 Giroud Way
Indianapolis, IN 46259
05 Aug 2023

RE: Reference for Nolan Klein

Dear Honorable Judge Bunning,

My name is Diane King, Global Medical Affairs Project Manager at Eli Lilly & Company in Indianapolis, IN. I am a research professional with 39+ years of experience in the pharmaceutical / biotechnology industry. I am writing this reference on behalf of my nephew, Nolan Klein, who is set to appear before you in court on 18 Aug, 2023. I've known Nolan since he was born as I was in the delivery room with his mother, my sister and best friend. I have been actively engaged in Nolan's life, watching him grow up, go to school, play sports, find employment, and purchase a home. We have spent a lot of time together over the years.

I am aware that Nolan plead guilty on 13 Apr 2023 for conspiracy to possess with intent to distribute marijuana based on offense dates between Jun 2017 – Feb 2019, and this is a serious crime.

I attended his prior arraignment in 2019 in Kansas, providing my heart-felt support to him, along with his parents. When released from jail in Kansas, Nolan called me. I helped him find the quickest way home to Kentucky so that he could get back to work as soon as possible. He went straight from the airport to work that day. After completing the probationary period early, without incident, it seemed he had put this all behind him.

Nolan is generally a private person, but he has been very open through this situation; we've talked for hours about what occurred. He felt scared and shared that he was very cooperative with the authorities. Nolan knows and admits he made a terrible mistake. He recognizes he used poor judgment and has taken responsibility for his bad decision. Nolan also understands that he was naïve and gullible in his early 20's.

We are a very close family and were truly shocked about the news of Nolan committing a drug offense. He has never been in any trouble and has no criminal history. Nolan is a low-key, kind young gentleman who is hard working and quite dependable, so this episode was very out of character for him. He has expressed his deep remorse to me, other family members and friends. He is ashamed about the effect this has on our family.

Nolan genuinely has a heart of gold, is trustworthy, giving and respectful to others. I've seen him go out of his way numerous times to help others, including his grandmother, my mom, when she was ill for several years. Nolan also has strong relationships with school friends and sport mates, many of which I know personally. They can always count on him as well.

Nolan hopes to put this eye-opening incident behind him as soon as possible. It troubles him greatly that this charge could negatively impact his future employment, but is very fortunate that his current employer, Gilky Window Company, is willing to employee him as a convicted felon. Nolan has shown his dedication and value, and has been promoted multiple times, each with increasing responsibilities as an employee of FedEx previously. Companies consider him an asset to their business. He also takes on a second jobs as needed.

I am confident that this will remain a one-off incident for Nolan from which he has learned lessons that he will use from here onwards as he continues to mature. Our entire family loves Nolan very much and we will continue to support him and wish him the best outcome for this case.

Please contact me at 317-358-5692 if you wish to verify or need me to clarify any content within this letter.

Sincerely,

Diane King

Ashley Klein
938 Thornton Street
Dayton KY 41074
859-814-4709
7/31/23

Re: Sentencing of Nolan Klein

Dear Honorable Judge Bunning,

Hello, my name is Ashley Klein, and I am Nolan Kleins big sister. I never thought I would find myself having to type out a character letter for my little brother. Maybe you can relate if you have younger siblings?

This entire process has been a total shock and honestly a heartbreaking experience. As the oldest sibling I always feel the need to protect my younger brothers. It's a very hard thing to swallow knowing this is the only way I can show my support and help.

Let's dive right in..
Nolan has messed up and even broke the law years ago. We are all aware of this and that is why we are here. I do believe there are consequences for your actions, but I would like to express why I think keeping my brother out of jail would do (**MORE**) **better** than harm:

He is a proud homeowner.
He is a loving dog owner. To my dog nephew Cudi.
He has a full-time job AND picks up extra shifts at a local burrito place.
He plays softball every weekend with his team, who he also calls family.
He doesn't drink.
He doesn't do drugs.
He is at every family function.
He is to be in my wedding on 10/6/23 as a groomsman, and I don't want to imagine this day without him in it.

To my knowledge and what I understand of jail and the reasoning and process behind it is to rehabilitate someone.
I do not believe my brother Nolan needs to be rehabilitated. I feel as if he has already gone through this process and that is why he has turned his life around. I'm afraid throwing him in jail would only do more harm to his character and confidence as a human being.

I beg and plead with all my heart and soul to keep my baby brother out of jail and safely in society with his loving family and friends where I think he belongs. I need him by my side on the biggest day of my life, my wedding. I love him, he is a good person, he is very remorseful for his past, and he has already significantly learned from his past.
I pray you consider my thoughts and allow my family to move forward and not be broken.

Thank you for taking the time to read this.
Deepest Respect,

*Ashley Klein*
Ashley Klein

Alex Klein
2585 Ivan Court
Hebron, KY
25 July 2023

RE: Nolan Edward Klein

To: The Honorable Judge

My name is Alex Klein. I am an HR Professional of Hebron, KY. I am typing this letter of credibility for my brother, Nolan Klein. I have known him his whole life totaling almost 28 years. I understand Nolan must attend court regarding the conspiracy to possess with intent to distribute marijuana charge. Nolan is very upset about the charge. I was both scared and surprised to hear about his recent case as he has always been a rather solid person. I, sincerely, believe he is sorry for what he has done. He has a difficult time talking about it, but I can sense his sorrow. I would like to highlight some traits about Nolan that have always made me a proud brother.

Nolan is an avid softball player who believes in the value of teamwork and showing up for his team. This translates to being a responsible and loyal person all around. He is loyal to his friends and especially his family. Nolan has a mellow personality that works well with everyone. He may be an introverted person; however, he still makes an effort to talk with people and welcomes all walks of life. He meets people where they are with no judgment.

Nolan has always been a dependable person in the family. He has taken care of my animals when I was out of town, as well as our sister's dogs. There were many occurrences where he helped me move and helped around the house with miscellaneous tasks. When my grandmother was struggling a couple of years back, Nolan was quick to respond to her needs. He helped her with cooking food, transportation, and ambulating her around the house.

Nolan has longevity when it comes to his work experience. He worked for the same employer for 9 years all while receiving many merit pay increases and promotions. Nolan has also received multiple Employee of the Month awards. As far as I am aware, Nolan has a strong work ethic that he learned from both of our parents. Being on time and not missing work is always important to him.

To my knowledge, Nolan has never received any type of illegal charge before this whole situation. Nolan was always a good kid. While I was surprised to hear of his misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. It is with sincere hope that the court considers this letter at the time of sentencing. Despite the current case, I still believe my brother to be an honorable individual, a valuable member of the community, and a good human being.

Thank you for your time.

Alex Klein

JT Elliott
938 Thornton Street
Dayton, KY 41074
513-497-4550
7/31/23

## Dear Judge Bunning,

My name is JT Elliott, I am the fiancé of Nolan's older sister Ashley. **Nolan is supposed to be one of my groomsmen in our wedding coming up on October 6th.** Over the last nine and a half years I have watched Nolan go from being a quiet kid that was either at work or playing video games online into a bored 20 something that made a few bad decisions and then into a man that learned from his mistake, cleaned up his act and decided to cure his boredom with working more jobs, playing softball on a league, and spending as much time as possible with his family or helping out anyone that may need a chore done or to let our dogs out if we are going to be gone from the house too long. Nolan would have celebrated his 10 year anniversary at FedEx this year. He will legally become my little brother this year and I'm really crossing my fingers that you will allow him to be there by my side on the day that happens.

Thank you for taking the time to read my letter.

-JT

Dear Judge Bunning,

I am writing you today on behalf of Nolan Klein. I have had the pleasure of getting to know Nolan over the last few years and I consider him a great friend. More than that, though, Nolan is a great man. He is responsible and can be relied upon. There are so many people in Nolan's life that count on him: friends, family, and teammates. He is truly a caring, trusting person in a time when those attributes are not as commonplace as they should be.

I run a competitive softball team that plays tournaments most weekends from March through November. We are a tightknit group of guys that work hard, have fun, and do good in the community. I have been fortunate enough to have added Nolan to our roster a few years back. Sometimes adding a new player to an established team that has been together for over 10 years is challenging. However, Nolan was a great addition to the team, not just because he is a talented ballplayer but also because he is a great teammate. Nolan shows up to all of our games, on time, and ready to work hard. I sometimes take for granted that I can always count on him to be there but I know that I, as well as everyone on the team, will be at a great disadvantage if Nolan left our team.

I have recently come to know Nolan's family due to them attending some of our softball tournaments. It is clear that he is a big part of his family's life and they are all very close. I think it shows how dedicated Nolan is to the people in his life by including his family in his hobbies. Our team is like a family, itself, and we are all in agreement that family comes first! It is easy to see why Nolan fits in so well with our team.

While some people assume that the reason for playing softball as an adult is just for fun or competitiveness, that is not all there is to it. We are a community, a family, that takes care of each other. Our team raises money for the long-distance tournaments that we play in but also for people in need. We often host and/or play charity tournaments where the proceeds benefit a good cause: whether that is breast cancer awareness or helping a friend from another team whose home was destroyed in a fire. Nolan is a part of that community. He comes ready to play and ready to help in any way he can. Group gatherings are another perk of the team. We occasionally get together for Christmas parties, barbecues, or supporting the business of our team sponsor. It is nice to have a teammate like Nolan that always willingly participates in any event that comes up.

I believe that Nolan is a positive soul in many, many peoples' lives. His dedication to his friends, family, and team is commendable and admiringly refreshing. There is an overwhelmingly number of reasons that Nolan should be able to maintain his freedom. As Nolan's coach, and friend, I can attest that everyone in his life would be worse off without him around. Personally, I cannot imagine looking onto the field and not seeing him ready to play. Your honor, I implore you to allow Nolan to remain a contributing member of this community he has built around himself that admires him, relies on him, and loves him.

Randall Barrett

513-628-3992

Honorable Judge Bunning,

I am writing this to speak to the character of a man that I consider a brother, a man that my sons call "uncle" and a man that is a valuable member of society. This man's name is Nolan Klein. Nolan and I met in 2009 while playing freshman baseball at Boone County High School. We immediately became not only teammates, but the best of friends. We did everything together; whether it be warming up before games, playing tag in hotels after away games with our teammates or just simply hanging out on the weekends. We did all the things that typical high school boys do. It all became the foundation of a forever friendship that has continued for the last fourteen years. Nolan and I have remained close and our friendship has grown as we are both becoming the men we are meant to be.

I do believe that what Nolan did was foolish. More importantly, Nolan knows it was wrong and is prepared to take the necessary steps to accept responsibility for his mistake. He is demonstrating this by pleading guilty to the charge of conspiracy to distribute. Nolan made this decision to put him on the road of moving beyond this mistake so that he can return to the life he has worked hard to build for himself. My hope in writing this today is to offer you a glimpse of who Nolan really is. He is so much more than this crime.

In 2020, like so many, my hours at work were cut in half due to Covid 19. My financial struggles felt insurmountable and I wasn't sure how I would provide for my family. Nolan recognized this and insisted on helping me with rent and anything else we needed. He did so knowing that the repayment would likely not be timely. He accepted the repayment as I was able to give it. He never asked for money and he never made me feel like "less than" for needing the help. Nolan just showed up and tossed me a lifeline with his generous spirit and willingness to help.

The saying goes that children are the best judge of character. I have two bonus sons and one son of my own. Nolan spends a lot of time with our family. As soon as he walks into the room, the boys all light up. My son Brooks is fourteen months old and is attached to Nolan's hip from the minute he comes in, to the second he walks out. When Nolan is gone, Brooks cries. He truly loves the time he spends with his uncle Nolan. Nolan is truly the friend that I can count on to always show up for our boys. He didn't hesitate to show up to a gender reveal event, a diaper party and always comes bearing gifts at Christmas and each of the boys birthdays.

Nolan's kindness isn't reserved only for those close to him, he extends that kindness to strangers as well. While hiking in Red River Gorge State Park, we encountered some hikers that thought they were heading toward the infamous " Indian Staircase." The reality was they were heading back in the direction of the parking lot. When Nolan found out their mistake, he not only offered to guide them in the correct direction, he also helped them scale the difficult rock face. Without Nolan, they would have missed out on some of the beauty that Red River Gorge has to offer.

This isn't a letter denying Nolan's wrong doing, what he did was wrong and Nolan knows that better than anyone. I just wanted you to know that Nolan is a big part of my family's life and his

absence would be felt in such a big way. Judge Bunning, please consider probation in this matter. I ask that you let my boys keep their uncle actively in their lives, let me keep one of the people who has always shown up for me and let Nolan's family keep their son and brother. I hope you see Nolan a little more clearly now. His positive attributes and his innate character far outweigh the mistakes of his past.

I deeply appreciate you taking the time to read my thoughts and have the deepest respect for your position,


Christopher Logan Behymer

Honorable Judge Bunning,

I am writing this letter to speak to the character of Nolan Klein. I am aware of the charges against him and feel strongly that the mistake he made is not reflective of the person that he is. I have known Nolan since elementary school, but he has become a very important part of my family in the last four years. I consider Nolan one of my very best friends, he is a man that my children look to as an uncle and a man that my fiance thinks of as a brother. I consider myself a good judge of character. If I questioned his integrity or morality, he would not be welcomed into our home or invited to be a part of my children's lives.

Nolan is a person that we can always count on to help in any given situation. He has a very busy work schedule and enjoys a busy schedule of recreational softball, despite that he will always make time to assist us in any way or at any time that we need him. His reliability is one of the many traits that has endeared Nolan to our family. He has helped us financially, with moves and even babysitting. Nolan seems to know when we need help even without being asked, he simply shows up.

Nolan made a mistake, one he is prepared to take ownership for. He comes before the court to accept responsibility and begin to move past this once and for all. It is my hope and request that Nolan be given probation so that he is able to continue on the positive path he is creating for himself, continue to be a productive member of society and an invaluable part of our family. Nolan has expressed great remorse for his role in this and I know with certainty that he won't repeat the mistake and I believe it will help him to continue to grow and evolve into an even better person.

Judge Bunning, I appreciate your time in reading this letter. Nolan is truly a good person who made a bad decision.

Deepest respect,

Brandi Morris

From: **Kevin Brandenburg** <pikestreettattoo@yahoo.com>
Date: Mon, Apr 10, 2023 at 9:05 PM
Subject: Nolan

Dear Judge Bunning,

    My name is Kevin Brandenburg. I am writing you on behalf of Nolan Klein.
  I am a husband, a dad, and a business owner. I have known Nolan for over 10 years as a client who over time has become a friend. I have always known Nolan to be a very kind, considerate, hardworking, and all-around good person.
  I hope you take into consideration that he truly is a very good person who made a very stupid and bad decision as a young person with the possibility of a great future with much to offer to society and the people around him.

  Thank you for your time.


  Sincerely,

  Kevin Brandenburg